IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                      CASE NO. 4:10-CR-00065-BSM

NORMAN BERRY                                                  DEFENDANT

## ORDER

Norman Berry's motion for compassionate release [Doc. No. 1056] is denied without prejudice. There is no jurisdiction over his motion because he has not shown than he has exhausted his administrative remedies. *United States v. Smith*, 2020 WL 2487277, at *5 (E.D. Ark. May 14, 2020).

Jurisdiction will attach when Berry exhausts all administrative rights to appeal the failure of the BOP to bring a motion on his behalf, or thirty days have passed from the receipt of such a request by the warden of his facility, whichever is earlier. 18 U.S.C. § 3582(c)(1)(A).

IT IS SO ORDERED this 8th day of March, 2021.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE